UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
WHITE

          Plaintiff,

  -v-                                                                    ORDER

                                                                                    2004CV 401   (TCP)

HOME DEPOT, INC, et al.

          Defendant.

--------------------------------------------------------X

Defendants filed a motion for summary judgment (DE44) on June 30, 3006.  On July 6, 2006 letters were filed (DE59 and 60) indicating the motion is not fully briefed.   The motion is denied without prejudice to renew in compliance with Judge Platt's individual rules.  The Court does not have an oral argument date scheduled for this motion.

Once the motions are fully briefed the moving parties will communicate with chambers to schedule an oral argument date.  The fully briefed motions and accompanying memoranda will be filed 10 days before the scheduled oral argument date.  No moving papers are filed without a scheduled oral argument date.

SO ORDERED.

                                                                                       /s/

                                                                        Thomas C. Platt

                                                                        U.S. District Judge

Dated: Central Islip, NY

          July 10, 2006